UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

CASE NO. 13-10011-CIV-KING

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,
vs.

BARRY J. GRAHAM,
FRED DAVIS CLARK, JR., A/K/A DAVE CLARK,
CRISTAL R. COLEMAN, A/K/A CRISTAL CLARK,
DAVID W. SCHWARZ, and
RICKY LYNN STOKES,

    Defendants.
_____/

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and in accordance with the reasoning set forth in the Court's May 12, 2014 Final Order of Dismissal (DE #186) denying all relief, it is hereby **ORDERED, ADJUDGED, and DECREED** that **FINAL JUDGMENT** is entered in favor of Defendants. The Plaintiff shall recover nothing, the action is dismissed with prejudice, and no costs are assessed against the Plaintiff pursuant to 15 U.S.C. § 77v and 15 U.S.C. § 78aa.

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 11th day of June, 2014.

/s/ James Lawrence King
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record

        **Barry J. Graham**, *pro se*
        9270 Triana Terrace Unit 3
        Ft. Myers, FL 33912