UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  13-cv-10011-KING

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

BARRY J. GRAHAM
FRED DAVIS CLARK, JR., A/K/A DAVE CLARK
CRISTAL R. COLEMAN, A/K/A CRISTAL CLARK
DAVID W. SCHWARZ
RICKY LYNN STOKES

        Defendants.
_____/

## PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff Securities and Exchange Commission, in compliance with Federal Rules of Appellate Procedure 3 and 4, appeals to the United States Court of Appeals for the Eleventh Circuit from the Order of Dismissal and Final Judgment in a Civil Case entered against the Commission on May 12, 2014 and June 11, 2014, (Docket Nos. 186 & 190), respectively.

Dated: August 7, 2014

Respectfully submitted,

By:   s/ Amie Riggle Berlin
Amie Riggle Berlin
Senior Trial Counsel
Florida Bar No. 630020
Direct Dial: (305) 982-6322
Email:  berlina@sec.gov

Attorney for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4146

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 7, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

**SERVICE LIST**

Barry J. Graham
9270 Triana Terr., Apt. 3
Fort Myers, FL 33912
*Pro Se*

Russell C. Weigel, III, Esq.
Russell C. Weigel, III, P.A.
5775 Blue Lagoon Drive, Suite 100
Miami, FL 33126
Telephone:   786-888-4567
Facsimile:   787-787-0456
Email:       rweigel@investmentattorneys.com
*Counsel for Ricky Lynn Stokes*

Kenneth P. Hazouri, Esq.
De Beaubien, Knight, Simmons, Mantzaris and Neal, LLP
332 North Magnolia Avenue
Orlando, FL 32801
Telephone:   407-422-2454
Facsimile:   407-849-1845
Email:       kph47@dbksmn.com
             Dmv5@dbksmn.com
*Counsel for David S. Schwarz, Fred Davis Clark, and Cristal Coleman*