UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

CASE NO. 13-cv-10011

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

BARRY J. GRAHAM, et al.,
FRED DAVIS CLARK, JR., A/K/A DAVE CLARK
CRISTAL R. COLEMAN, A/K/A CRISTAL CLARK
DAVID W. SCHWARZ, AND
RICKY LYNN STOKES,

    Defendants.
_____/

## NOTICE

Plaintiff Securities and Exchange Commission files this notice to advise the court we have filed a stipulation of dismissal with all defendants except Defendant Barry Graham.  Defense counsel has advised undersigned that Graham is amenable to the stipulation of dismissal. We have sent a stipulation of dismissal to Graham, who is currently incarcerated, and we will file it immediately upon receipt from him.

Dated: October 24, 2016                       Respectfully submitted,

                                                By:    s/Amie Riggle Berlin
                                                         Amie Riggle Berlin
                                                         Senior Trial Counsel
                                                         Florida Bar No. 630020
                                                         Direct Dial: (305) 982-6322
                                                         Email:  berlina@sec.gov

                                                         Attorneys for Plaintiff
                                                         **SECURITIES AND EXCHANGE**
                                                         **COMMISSION**
                                                         801 Brickell Avenue, Suite 1800

Miami, Florida 33131<br>
Telephone: (305) 982-6300<br>
Facsimile: (305) 536-4146

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 24, 2016, I electronically filed the foregoing Document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

s/Amie Riggle Berlin

## SERVICE LIST

Barry J. Graham
Reg. No. 07134-104
FCI Edgefield
501 Gary Hill Road
Edgefield, SC 29824
*Pro Se*

Russell C. Weigel, III, Esq.
5775 Blue Lagoon Drive, Suite 100
Miami, FL 33126
Telephone: 786-888-4567
Facsimile: 787-787-0456
Email: rweigel@investmentattorneys.com
*Counsel for Ricky Lynn Stokes*

Kenneth P. Hazouri, Esq.
De Beaubien, Knight, Simmons, Mantzaris and Neal, LLP
332 North Magnolia Avenue
Orlando, FL 32801
Telephone: 407-422-2454
Facsimile: 407-849-1845
Email: kph47@dbksmn.com
*Counsel for David S. Schwarz, Cristal Coleman and Fred Davis Clark Jr.*