UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-cv-10011-JLK

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

BARRY J. GRAHAM, et al.,
FRED DAVIS CLARK, JR., A/K/A DAVE CLARK,
CRISTAL R. COLEMAN, A/K/A CRISTAL CLARK,
DAVID W. SCHWARZ, AND RICKY LYNN STOKES,

Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE
## AS TO CERTAIN DEFENDANTS

THIS MATTER is before the Court on the Joint Stipulation of Voluntary Dismissal with Prejudice of Defendants Fred Davis Clark, Jr., a/k/a Dave Clark, Cristal R. Coleman, a/k/a Cristal Clark, David W. Schwartz, and Ricky Lynn Stokes (D.E. #219) filed October 24, 2016, in the above-styled case. Accordingly, after a careful review of the record and pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is

ORDERED, ADJUDGED and DECREED that Defendants Fred Davis Clark, Jr., a/k/a ave Clark, Cristal R. Coleman, a/k/a Cristal Clark, David W. Schwartz, and Ricky Lynn Stokes, are hereby DISMISSED with prejudice, with each party bearing its own attorneys' fees and costs. It is further

ORDERED, ADJUDGED and DECREED that the **Pretrial Conference**

previously set for **November 3, 2016** and the **Trial** previously set to commence on **November 7, 2016** are hereby CANCELED.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 25th day of October, 2016.

*[signature]*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record