UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

CASE NO. 13-cv-10011

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

BARRY J. GRAHAM, et al.,
FRED DAVIS CLARK, JR., A/K/A DAVE CLARK
CRISTAL R. COLEMAN, A/K/A CRISTAL CLARK
DAVID W. SCHWARZ, AND
RICKY LYNN STOKES,

    Defendants.
_____/

## STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT BARRY J. GRAHAM

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Securities and Exchange Commission hereby submits this stipulation of voluntary dismissal with Defendant Barry J. Graham. The SEC and Graham stipulate to the dismissal of this case with prejudice, with each party bearing their own attorneys' fees and costs.

Dated: October 24, 2016

Respectfully submitted,

| SECURITIES AND EXCHANGE COMMISSION | DEFENDANT BARRY J. GRAHAM |
|---|---|
| By its attorney | By |
| s/Amie Riggle Berlin | Barry J. Graham |
| Amie Riggle Berlin (FL #630020) | Reg. No. 07134-104 |
| Securities And Exchange Commission | FCI Edgefield |
| 801 Brickell Avenue, Suite 1800 | 501 Gary Hill Road |
| Miami, Florida 33131 | Edgefield, SC 29824 |
| (305) 982-6322 (direct) | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 5, 2016, I electronically filed the foregoing Document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

s/Amie Riggle Berlin

## SERVICE LIST

Barry J. Graham
Reg. No. 07134-104
FCI Edgefield
501 Gary Hill Road
Edgefield, SC 29824
*Pro Se*

Russell C. Weigel, III, Esq.
5775 Blue Lagoon Drive, Suite 100
Miami, FL 33126
Telephone: 786-888-4567
Facsimile: 787-787-0456
Email: rweigel@investmentattorneys.com
*Counsel for Ricky Lynn Stokes*

Kenneth P. Hazouri, Esq.
De Beaubien, Knight, Simmons, Mantzaris and Neal, LLP
332 North Magnolia Avenue
Orlando, FL 32801
Telephone: 407-422-2454
Facsimile: 407-849-1845
Email: kph47@dbksmn.com
*Counsel for David S. Schwarz, Cristal Coleman and Fred Davis Clark Jr.*