UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-cv-10011-JLK

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

BARRY J. GRAHAM,

Defendant.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER is before the Court on the Joint Stipulation of Voluntary Dismissal with Prejudice of Defendant Barry J. Graham (D.E. #223) filed December 6, 2016, in the above-styled case. Accordingly, after a careful review of the record and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is

ORDERED, ADJUDGED and DECREED as follows:

1. The above-styled case is hereby DISMISSED with prejudice, with each party bearing its own attorneys' fees and costs.

2. All unresolved pending motions in this case are hereby DENIED as moot.

3. The Clerk shall CLOSE this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice

Building and United States Courthouse, Miami, Florida, this 6th day of December, 2016.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record